MICHAEL R. LOZEAU (Cal. Bar No. 142893)
Law Office of Michael R. Lozeau
1516 Oak Street, Suite 216
Alameda, CA 94501
Tel: (510) 749-9102
Fax: (510) 749-9103

ANDREW L. PACKARD (Cal. Bar No. 168690)
MICHAEL P. LYNES (Cal. Bar No. 230462)
Law Offices of Andrew L. Packard
294 Page Street
San Francisco, CA 94102
Tel: (415) 431-2970
Fax: (415) 431-0410

Attorneys for Plaintiff and Petitioner California
Sportfishing Protection Alliance

ROBERTA L. LARSON (Cal. Bar No. 191705)
KANWARJIT S. DUA (Cal. Bar No. 214591)
CASSIE N. AW-YANG (Cal. Bar No. 233697)
Somach, Simmons & Dunn
813 Sixth Street, Third Floor
Sacramento, CA 95814
Tel:  (916) 446-7979
Fax:  (916) 446-8199

Attorneys for Defendants and Respondents Rancho
Murieta Community Services District, et al.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>           Plaintiff,<br><br>vs.<br><br>RANCHO MURIETA COMMUNITY SERVICES DISTRICT; RANCHO MURIETA COUNTRY CLUB; WAYNE KUNTZ; MARY BRENNAN; JOHN MERCHANT; RICHARD TAYLOR; and WILLIAM WHITE,<br><br>           Defendants and Respondents. | Case No. 2:05-CV-01984 WBS DAD<br><br>**STIPULATION FOR EXTENSION TO SERVE INITIAL DISCLOSURES; AND ORDER** |

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS, pursuant to the Court's scheduling order, the parties' initial disclosures in the above-captioned case are due on or before March 1, 2006 .

WHEREAS, the parties are scheduled to participate in a settlement conference with Magistrate Judge Hon. Dale A. Drozd presiding on March 9, 2006.

WHEREAS, the parties have agreed that in the spirit of cooperation and interests of judicial economy that an extension of time within which to serve initial disclosures until a reasonable time after conclusion of the settlement conference is appropriate.

THEREFORE, IT IS HEREBY STIPULATED by and between the parties that service of initial disclosures be extended until March 17, 2006.

SO STIPULATED:

Respectfully submitted,

Dated: March 1, 2006

/s/ Kanwarjit S. Dua
Kanwarjit S. Dua
Somach, Simmons & Dunn
813 Sixth Street, Third Floor
Sacramento, CA 95814
Attorney for Defendants Rancho Murieta
Community Services District; Rancho Murieta
Country Club; Wayne Kuntz; Mary Brennan; John
Merchant; Richard Taylor; and William White

Dated:  March 1, 2006

/s/ Kanwarjit S. Dua (as authorized on 3/1/06)
Michael R. Lozeau
Law Office of Michael R. Lozeau
Attorney for Plaintiff California Sportfishing
Protection Alliance

IT IS HEREBY ORDERED:

Dated:  March 2, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION FOR EXTENSION TO
SERVE INITIAL DISCLOSURES

2

Case No. 2:05-CV-01984 WBS DAD

PDF created with pdfFactory trial version www.pdffactory.com

Case Name:    *California Sportfishing Protection Alliance v. Rancho Murieta Community Services District, et al.*
Case No.      2:05 CV 01984 WBS DAD

Yolanda De La Cruz certifies and declares as follows:

I am a citizen of the United States and employed in Sacramento County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 813 Sixth Street, Third Floor, Sacramento, California 95814. I am readily familiar with this firm's practice for collection and processing of correspondence for e-mailing and mailing with the United States Postal Service. Correspondence is deposited with the United States Postal Service the same day as it is collected and processed in the ordinary course of business.

On March 1, 2006, I served the attached: parties' **STIPULATION FOR EXTENSION TO SERVE INITIAL DISCLOSURES; AND ORDER** by e-filing a true and correct copy of the above with the Eastern District Court of California and causing a true and correct copy of the above to be mailed and placed in the United States Mail at Sacramento, California, in sealed envelope(s) with postage prepaid, addressed to the persons listed below:

Michael R. Lozeau
Law Office of Michael R. Lozeau
1516 Oak Street, Suite 216
Alameda, CA  94501

Andrew L. Packard
Michael P. Lynes
Law Offices of Andrew L. Packard
294 Page Street
San Francisco, CA  94012

I certify and declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 1, 2006, at Sacramento, California.

/s/ Yolanda De La Cruz
Yolanda De La Cruz

STIPULATION FOR EXTENSION TO
SERVE INITIAL DISCLOSURES                    3                    Case No. 2:05-CV-01984 WBS DAD

PDF created with pdfFactory trial version www.pdffactory.com