MICHAEL R. LOZEAU (Cal. Bar No. 142893)
Law Office of Michael R. Lozeau
1516 Oak Street, Suite 216
Alameda, CA 94501
Tel: (510) 749-9102
Fax: (510) 749-9103
E-mail: mrlozeau@lozeaulaw.com

ANDREW L. PACKARD (Cal. Bar No. 168690)
MICHAEL P. LYNES (Cal. Bar No. 230462)
Law Offices of Andrew L. Packard
319 Pleasant Street Street
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (707) 763-9227
E-mail: packardal@mindspring.com

Attorneys for Plaintiff CALIFORNIA
SPORTFISHING PROTECTION ALLIANCE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>          Plaintiff and Petitioner,<br><br>v.<br><br>RANCHO MURIETA COMMUNITY SERVICES DISTRICT;  RANCHO MURIETA COUNTRY CLUB;  WAYNE KUNTZ;  MARY BRENNAN;  JOHN MERCHANT;  RICHARD TAYLOR; and WILLIAM WHITE,<br><br>          Defendants and Respondents. | Case No.  2:05-CV-01984-WBS-DAD<br><br>**STIPULATION TO DISMISS PLAINTIFFS' CLAIMS; [PROPOSED] ORDER GRANTING DISMISSAL [FRCP 41(a)(2)]** |

WHEREAS, on July 12, 2005 Plaintiff California Sportfishing Protection Alliance ("CSPA") provided Defendants Rancho Murieta Community Services District;  Wayne Kuntz; Mary Brennan; John Merchant; Richard Taylor; William White (collectively the "District"); and Rancho Murieta Country Club ("Club") with a Notice of Violations and Intent to File Suit ("Notice") under Clean Water Act §505, 33 U.S.C. §1365.

WHEREAS, on September 29, 2005 CSPA filed its Complaint against the District and the Club in this Court, *California Sportfishing Protection Alliance v.Rancho Murieta Community*

PDF created with pdfFactory trial version www.pdffactory.com

*Services District, et al.,* Case No. 2:05-CV-01984-WBS-DAD.  Said Complaint incorporates by reference all of the allegations contained in CSPA's Notice.

WHEREAS, CSPA, the District and the Club, through their authorized representatives and without either adjudication of CSPA's claims or admission by the District or the Club of any alleged violation or other wrongdoing, have chosen to resolve in full by way of settlement the allegations of CSPA as set forth in the Notice and Complaint, thereby avoiding the costs and uncertainties of further litigation.  A copy of the Settlement Agreement entered into by and between CSPA, the District and the Club is attached hereto as Exhibit 1 and incorporated by reference.

WHEREAS, the parties submitted the Settlement Agreement via certified mail, return receipt requested, to the U.S. EPA and the U.S. Department of Justice and the 45 day review period set forth at 40 C.F.R. § 135.5 has completed.

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the parties that CSPA's claims, as set forth in the Notice and Complaint, be dismissed.  The parties respectfully request an order from this Court dismissing such claims. In accordance with the Settlement Agreement, the parties also request that this Court maintain jurisdiction over the parties through the Termination Date of the Agreement (Paragraph 13 of the Settlement Agreement) for the sole purpose of resolving any disputes between the parties with respect to enforcement of any provision of the Settlement Agreement.

Dated: June 6, 2006                           LAW OFFICE OF MICHAEL R. LOZEAU

                                              By: _____
                                                  Michael R. Lozeau
                                                  Attorney for Plaintiff and Petitioner

Dated: June 6, 2006                           SOMACH, SIMMONS & DUNN

                                              By: _____
                                                  Roberta L. Larson
                                                  Kanwarjit S. Dua
                                                  Attorneys for Defendants and Respondents

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

Good cause appearing, and the parties having stipulated and agreed,

IT IS HEREBY ORDERED that Plaintiff California Sportfishing Protection Alliance's claims against Defendants Rancho Murieta Community Services District; Wayne Kuntz; Mary Brennan; John Merchant; Richard Taylor; William White; and Rancho Murieta Country Club, as set forth in the Notice and Complaint filed in Case No. 2:05-CV-01984-WBS-DAD, are hereby dismissed.

IT IS FURTHER ORDERED that the Court shall retain jurisdiction over the parties through March 1, 2008 or thirty (30) days after the Parties complete the meet and confer process described in Paragraph 14 of the Settlement Agreement, whichever is later, for the sole purpose of enforcing compliance by the parties of the terms of the Settlement Agreement, attached to the parties' Stipulation to Dismiss as Exhibit 1.

IT IS SO ORDERED

DATED: June 9, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com